## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number: 07 CV 4363

JOSEPH BOHN,

v.

ST. JUDE MEDICAL, S.C., INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARCIE BERGER, M.D., and ~~HEARTCARE ASSOCIATED~~, LLC,

RESPONDENTS.

Wisconsin Electrophysiology Group Heartcare Assoc.

FILED
OCT - 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| SAMUEL J. LEIB |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Samuel J. Leib |

| FIRM |
|---|
| LEIB & KATT, LLC |

| STREET ADDRESS |
|---|
| 740 N. PLANKINTON AVENUE, SUITE 600 |

| CITY/STATE/ZIP |
|---|
| MILWAUKEE, WISCONSIN 53202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (414) 276-8816 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |